**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFFREY A. ROSENBERG, | ) | NO. CV 11-3210-RSWL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 28, 2011

*RONALD S.W. LEW*
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE